IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MARY BEAVERS, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:16-cv-00886-SWW |
| | * | |
| | * | |
| MIDLAND FUNDING, LLC; MIDLAND | * | |
| CREDIT MANAGEMENT, INC.; and | * | |
| LLOYD & MCDANIEL, PLC, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Opinion and Order that was entered on this day, it is Considered, Ordered, and Adjudged that Mary Beavers' Fair Debt Collection Practices Act claims be dismissed with prejudice and that her Arkansas Fair Debt Collection Practices Act and Arkansas Deceptive Trade Practices Act claims be dismissed without prejudice.

IT IS SO ORDERED this 13th day of June 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE